**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KARLA RAMOS, on behalf of herself, individually,
and all other persons similarly situated,

                Plaintiff,

   - against -                                        **JUDGMENT**
                                                          CV 23-491 (JMA) (ST)
CONTRACT PHARMACAL CORP.,

                Defendant.
-----------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff Karla Ramos on July 15, 2024, accepting Defendant's July 12, 2024 offer to allow judgment against it in the amount of $500.00 in connection only with Plaintiff's Fair Labor Standards Act ("FLSA") claims alleged in this action, which includes fees and costs accrued only with respect to Plaintiff's FLSA claims up to the date of this offer of judgment, it is

**ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Karla Ramos against Defendant Contract Pharmacal, Corp., in the amount of $500.00, in connection only with Plaintiff's FLSA claims alleged in this action, which includes fees and costs accrued only with respect to Plaintiff's FLSA claims up to July 12, 2024; and that this case is closed.

Dated: July 16, 2024
       Central Islip, New York

                                                                      BRENNA B. MAHONEY
                                                                      CLERK OF COURT

                                                        By:    /s/ James J. Toritto
                                                                       Deputy Clerk